IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

DEAN PAUL STEPHENS,

    Plaintiff.
_____/

No. C 15-3317 WHA (PR)

**ORDER OF DISMISSAL**

    The clerk opened this case on July 17, 2015, based upon a letter from plaintiff, a California prisoner proceeding pro se, complainig about the conditions of his confinement. The clerk notified plaintiff that he must file a complaint and submit either the filing fee or a completed application to proceed in forma pauperis ("IFP"). Along with the notice, the clerk mailed to plaintiff a form civil rights complaint, an IFP application, instructions for completing the application, and a stamped return envelope. The notice, plaintiff was informed that the case would be dismissed if he did file a complaint and either pay the fee or file the completed IFP application, within 28 days. More than 28 days have passed, and no response has been received. Accordingly, this case is **DISMISSED** without prejudice.

    The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: August __31__, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE